1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant MARVIN IZAGUIRRE-FLORES

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9

10
   UNITED STATES OF AMERICA,         )   CR No. 08-00893 WHA
11                                   )
          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
12                                   )   CONTINUING SENTENCING DATE
      v.                             )
13                                   )
   MARVIN IZAGUIRRE-FLORES           )
14                                   )
          Defendant.                 )
15 _____  )

16

17                              STIPULATION

18    The parties were previously scheduled to appear before this Court for sentencing on

19 November 18, 2009 at 2:00 p.m.  On November 6, 2009, the Court issued a Clerk's Notice

20 continuing the sentencing date to December 3, 2009.  Undersigned defense counsel has

21 contacted the Court's clerk to let her know that she is unavailable on December 3, 2009 and

22 hereby requests that the matter be continued to December 8 or December 15, 2009 or to some

23 other special setting between December 7 and December 15, 2009.  The government does not

24 object to

25 / / /

26 / / /

27 / / /

28 / / /

STIP. & [PROPOSED] ORDER CONT. SENT. DATE
CR No. 08-00893 WHA                                                                          1

1 | this request. The parties anticipate that this will be a short hearing.
2 | SO STIPULATED:
3 | JOSEPH P. RUSSONIELLO
  | United States Attorney

DATED: November 25, 2009                          /s/
                                        NAT COUSINS
                                        Assistant United States Attorney


DATED: November 25, 2009                          /s/
                                        SHAWN HALBERT
                                        Assistant Federal Public Defender


ORDER

For the reasons stated above, the Court continues the sentencing date in this matter from December 3, 2009 to December 11, 2009 at 1:00 a.m./p.m.

SO ORDERED.

DATED: November 30, 2009

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIP. & [PROPOSED] ORDER CONT. SENT. DATE
CR No. 08-00893 WHA                                                              2